**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JOHN BAILEY, | : | No. 360 MAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (COMMONWEALTH OF PA/ SCI | : | |
| CAMP HILL), | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.